Frank D. Mylar (5116)
MYLAR LAW, P.C.
2494 Bengal Blvd.
Salt Lake City, Utah 84121
Phone: (801) 858-0700
Mylar-Law@comcast.net

Attorney for Washington County Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| MARTIN CROWSON,<br><br>    Plaintiff,<br><br>    v.<br><br>WASHINGTON COUNTY, et al.,<br><br>    Defendants. | **EXHIBIT 4**<br>**PLAINTIFF'S MEDICAL RECORDS**<br><br>**FILED UNDER SEAL**<br><br>Case No. 2:15-CV-880-TC<br><br>District Judge Tena Campbell |