Ryan J. Schriever (Bar No. 10816)
Benjamin A. Kearns (Bar No. 13998)
SCHRIEVER LAW FIRM
51 East 800 North
Spanish Fork, UT 84660
Telephone: (801) 574-0883
Fax: (801) 515-8686
ryan@schrieverlaw.com
benjamin@schrieverlaw.com
*Attorneys for Martin Crowson*

# IN THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF UTAH

## CENTRAL DIVISION

| MARTIN CROWSON, | APPENDIX OF EXHIBITS |
|---|---|
| Plaintiff, | Case No. 2:15-CV-880 |
| vs. | District Tena Campbell |
| WASHINGTON COUNTY, et al., | |
| Defendants. | |

| Number | Document Description | Source of Document |
|---|---|---|
| Exhibit 1 | Excerpts Deposition of Judd Larowe | Deposition Testimony |
| Exhibit 2 | Excerpts of Deposition of Brett Lyman | Deposition of Testimony |
| Exhibit 3 | Excerpts of Deposition of Ryan Borrowman | Deposition of Testimony |
| Exhibit 4 | Excerpts of Deposition of Jon Worlton | Deposition of Testimony |
| Exhibit 5 | Excerpts of Deposition of Michael T. Johnson | Deposition of Testimony |
| Exhibit 6 | Jail Logs | Washington County Records |
| | Declaration of Martin Crowson | |
| | Finv v. Warren County 1:10-cv-00016-JHM | |