Ryan J. Schriever (Bar No. 10816)
SCHRIEVER LAW FIRM
51 East 800 North
Spanish Fork, UT 84660
Telephone: (801) 574-0883
Fax: (801) 515-8686
ryan@schrieverlaw.com
*Attorneys for Martin Crowson*

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

### CENTRAL DIVISION

| | |
|---|---|
| **MARTIN CROWSON,**<br><br>Plaintiff,<br><br>vs.<br><br>**JUDD LAROWE**, et al.,<br><br>Defendants. | **WRITTEN DECLARATION OF MARTIN CROWSON**<br><br>Case No. 2:15-CV-880-TC<br><br>Judge Tena Campbell |

I, Martin Crowson, state that the following statements are true and correct to the best of my knowledge:

1. I was incarcerated at Purgatory Jail from June 11, 2014 to July 1, 2014.

2. I do not have scarring on my arms from drug use.

3. ~~The attached photographs were taken on October 3, 2018 and they truly and accurately depict my arms.~~ Prison security would not allow my attorney to bring a camera into the prison to photograph my arms. *MC*

4. Since my incarceration at Purgatory Jail, I have had blood drawn from my arms on multiple occasions without problem or incident.

5. On or about June 17, 2014 I was transferred to A Block in Purgatory Jail which was solitary confinement.

6. I do not remember most of the time I spent in A Block.

7. I do not have any memory of the time I spent in the medical observation cell at Purgatory Jail.

8. I did not take any drugs or consume any alcohol while I was in Purgatory Jail.

9. I have reviewed the medical entry made by Michael Johnson on June 29, 2014 stating that I consented to take medication. I have no memory of that conversation and in my opinion, I was not in a mental state to be competent to consent.

## DECLARATION UNDER PENALTY OF PERJURY

Pursuant to U.S.C. § 1746, I declare under penalty of perjury that the above sworn statements are true and based upon my personal knowledge.

Dated this 2nd day of October, 2018.

_____
Martin Crowson

## CERTIFICATE OF SERVICE

The undersigned certifies that on the ___ day of _____, 20__ she/he filed the foregoing WRITTEN DECLARATION OF MARTIN CROWSON using the Court's electronic filing system that automatically generated notice to the following:

>Kipp & Christian
>Gary Wight
>10 Exchange Place, 4th Floor
>Salt Lake City, UT 84111
>gwight@kippandchristian.com


>Frank D. Mylar
>2494 Bengal Boulevard
>Salt Lake City, UT 84121
>mylar_law@me.com

_____