# Exhibit 6

```
02/03/16                    Washington County Jail                      4280
12:32                            Jail Log:                        Page:    1

   Event Number    922433                            Keep Separate    Closed
       Name ID     402015

   Last   CROWSON                          First  MARTIN          Mid  RICHA
   Addr?  65 N 3700 W                              Phone  (435)229-9909
   City   Hurricane      ST  UT  Zip  84737  DOB  04/03/77  SSN  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
   Alias For

   Time/Date of Event   16:13:02 06/25/14      Treatment Date
        Type of event   VBC  VISUAL BODY CAVITY SEARCH
             Quantity      0.00
              Officer   Keil, Fred
       Booking Number      136931
          Description
(See below)

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


Description:
_____
        Prior to being placed in the Booking detox cell for medical observation,
in the privacy of the Booking Dress-out room, I preformed a visual body cavity
search on Inmate Crowson. Inmate Crowson appeared to be in an unusual state of
confusion and was slow to respond to my commands. When Inmate Crowson was
instructed to dress, he put his underwear on after he had his pants on. I
instructed Inmate Crowson to redress himself by putting the underwear on and
then his pants over them. He seemed to be confused and removed the underwear but
did not put them on.
```

```
02/03/16                  Washington County Jail                        4280
12:34                         Jail Log:                           Page:    1

  Event Number   918170                          Keep Separate    Closed
     Name ID     402015

  Last  CROWSON                         First   MARTIN        Mid  RICHA
  Addr? 65 N 3700 W                             Phone   (435)229-9909
  City  Hurricane       ST  UT  Zip  84737  DOB  04/03/77  SSN  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
  Alias For

  Time/Date of Event  06:57:33 06/20/14     Treatment Date
     Type of event   TOC  TIME OUT OF CELL
          Quantity    0.00
           Officer   Jensen, Brian
    Booking Number    136931
       Description
  (See below)
```

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

Description:

Time Out:0655    Time In:0755

Block:A      Upper Tier:x    Lower Tier:

Cell(s):205

Lockdown:    [x]Yes    []No

WASHINGTON-CROWSON 0524

```
02/03/16                      Washington County Jail                        4280
12:34                              Jail Log:                         Page:    1

  Event Number    916306                              Keep Separate   Closed
     Name ID      402015

  Last  CROWSON                       First  MARTIN            Mid  RICHA
  Addr? 65 N 3700 W                           Phone  (435)229-9909
  City  Hurricane       ST UT  Zip  84737  DOB  04/03/77  SSN  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
  Alias For

  Time/Date of Event  08:30:20 06/18/14     Treatment Date
       Type of event  TOC  TIME OUT OF CELL
            Quantity    0.00
             Officer  Crocker, Bill
      Booking Number
         Description
  (See below)


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


Description:
_____
Time Out:0830    Time In:0930

Block: A       Upper Tier:  X   Lower Tier:

Cell(s):A-205

Lockdown:    [X]Yes     []No
```

WASHINGTON-CROWSON 0525

```
02/03/16                    Washington County Jail                          4280
12:46                            Jail Log:                          Page:      1

   Event Number    922587                           Keep Separate     Closed
       Name ID     402015

   Last   CROWSON                         First   MARTIN          Mid  RICHA
   Addr?  65 N 3700 W                             Phone  (435)229-9909
   City   Hurricane      ST  UT  Zip  84737  DOB  04/03/77  SSN  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
   Alias  For

   Time/Date of Event  17:48:10 06/25/14      Treatment Date
       Type of event   PSD  PASS DOWN TO OTHER SHIFTS
            Quantity     0.00
             Officer   Lyman, Brett
      Booking Number    136931
         Description
   (See below)

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


Description:
----------
Inmate Crowson did not show up to the line for breakfast this morning. I stepped
in to the section and called for him. When he did come out of the lower tier he
appeared to me to be lethargic or slow. I asked him to get a food tray. He
turned around and went back to the lower tier. Deppuity Dolgner came to F-Block
and escorted him to booking. Medical checked Crowson and found nothing wrong
with his vitals. He was later moved to the detox cell for observation.
```

WASHINGTON-CROWSON 0529