# Excerpts from Ryan Borrowman's Deposition

CROWSON

vs

WASHINGTON COUNTY

RYAN T. BORROWMAN

April 17, 2018





333 South Rio Grande
Salt Lake City, Utah 84101
www.DepoMaxMerit.com

Toll Free 800-337-6629
Phone 801-328-1188
Fax 801-328-1189

1

```
1            IN THE UNITED STATES DISTRICT COURT
2       FOR THE DISTRICT OF UTAH, CENTRAL DIVISION
3                       *    *    *
4   MARTIN CROWSON,              )
                                 )
5            Plaintiff,          )
                                 )     Case No. 2:15-cv-00880
6       vs.                      )
                                 )     Deposition of:
7   WASHINGTON COUNTY,           )
    et al.,                      )     RYAN T. BORROWMAN
                                 )
8                                )
             Defendants.         )
9
                           *    *    *
10


11


12

                            COPY

                       April 17, 2018
13
                         1:00 p.m.
14


15

              WASHINGTON COUNTY TREASURER OFFICE
16                197 East Tabernacle Street
                      St. George, Utah
17


18


19                      *    *    *


20              Linda Van Tassell
           - Registered Diplomate Reporter -
21            Certified Realtime Reporter

22


23


24


25
```

10

1    A.    Yes, there's courses there that we take.

2    I don't remember specifically but we do touch on

3    psychological and behavioral problems during those

4    years.

5    Q.    How about recognition of alcohol

6    withdrawal symptoms?

7    A.    Yes.  Both in my LPN and my RN year.

8    And then we would also review those I think in our

9    yearly trainings, I believe.  I'm not 100 percent

10   sure but I know it was very highly -- it's a highly

11   discussed topic since we see so many people.  I

12   don't know if it was inhouse or in our yearly

13   training.

14   Q.    What yearly training did you do?

15   A.    The county has yearly training.  Just

16   staff training that they do.

17   Q.    And you address alcohol withdrawal

18   symptoms specifically?

19   A.    Not that I really -- I don't know that I

20   can recall exactly if it was specific or not.

21   Q.    Do you recall if it was specific to

22   withdrawal from other types of drugs?

23   A.    There was a section every year but maybe

24   I'm -- it seems like that's where it was at.  I

25   can't recall exactly.

31

1    foundation.    Incomplete hypothetical and calls for

2    speculation.

3          A.    So in that situation I would always send

4    them to the hospital because they've got Doppler

5    ultrasound that they can find veins.    So even there

6    I wouldn't say that we were limited because we have

7    an ER that was always available to us.

8          Q.    And then the evaluation part of the ADPI

9    method, what does that entail?

10         A.    You implement it.    Sticking with the

11   blood pressure example, you're going to start

12   checking blood pressure and see if the blood

13   pressure starts to improve over the next day or two.

14   You're going to be tracking to see if what was

15   implemented is working.    And, if it's not, you're

16   going to start over and start going through it.    If

17   it's working, you're going to keep tracking it and

18   really kind of just goes from there.    It doesn't

19   circle back around.

20         Q.    You take a step back and you look and

21   see is what we're doing working?

22         A.    Right.

23         Q.    If not, what can we do different?

24         A.    Right.

25         Q.    How often should you in a shift or in a