# Excerpts from Brett Lyman's Deposition

CROWSON

vs

WASHINGTON COUNTY

BRETT LYMAN

April 16, 2018





333 South Rio Grande
Salt Lake City, Utah 84101
www.DepoMaxMerit.com

Toll Free 800-337-6629
Phone 801-328-1188
Fax 801-328-1189

```
                                                              1
          IN THE UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF UTAH, CENTRAL DIVISION
                        *   *   *
   MARTIN CROWSON,               )
                                 )
          Plaintiff,             )
                                 )   Case No. 2:15-cv-00880
     vs.                         )
                                 )   Deposition of:
   WASHINGTON COUNTY,            )
   et al.,                       )   BRETT LYMAN
                                 )
          Defendants.            )
                                 )
                        *   *   *



                     April 16, 2018

                       9:00 a.m.



              WASHINGTON COUNTY TREASURER OFFICE
                 197 East Tabernacle Street
                    St. George, Utah



                        *   *   *

                    Linda Van Tassell
             - Registered Diplomate Reporter -
                Certified Realtime Reporter
```

1 about Mr. Crowson here in a minute.

2     A.    Okay.

3     Q.    How often were the people in A block
4 observed by a correctional officer?

5     A.    Well, we were required to walk through
6 the sections at least once every hour and then if we
7 had to go in there to conduct business, more than
8 once an hour.  They are constantly being watched
9 from the control room.  A block especially a lot of
10 times would be listened to because they're yelling,
11 communicating to each other.

12     Q.    Okay.  Did they go out for meals or were
13 meals brought to them?

14     A.    Meals were brought to them in their
15 cells.

16     Q.    Was that done by correctional officers
17 or was there separate staff that did that?

18     A.    No.  Correctional officers would take
19 them in.

20     Q.    Was it the type of situation where it
21 was slid through the windows?

22     A.    There is a cuff port on the doors that
23 is probably 4 inches by maybe 12 inches.  There's a
24 lock on it.  You open that up and you slide the
25 trays through that.

Q. And then you receive the trays back the same way?

A. In A block they had Styrofoam trays and so when they came out they were required to clean their cells. Sometime before the end of the day corrections staff would go in and collect all their garbage through their cuff port. We have a big garbage bag and they'd throw their garbage out.

Q. They were Styrofoam trays?

A. Yeah. The white Styrofoam trays that had a lid that folded over.

Q. Okay. So everything was disposable?

A. Yeah.

Q. Was that to avoid having a situation where they would have something they could use to create a weapon?

A. Yes.

Q. Were they fed different food than the general population?

A. No. Same food.

Q. What was a typical menu?

A. Depends on the supervisor of the kitchen. We had one guy out there that was buying a lot of pre-prepared food. They had another guy that they would cook everything. There was a lot of

1   variety.  I know at times there was probably a set
2   menu.
3        Q.   Were they given fruit?
4        A.   Yes.
5        Q.   How often?
6        A.   At least once a day with breakfast,
7   lunch or dinner.  There was always fruit on one of
8   the trays.
9        Q.   How were medications administered in A
10  block?
11       A.   The nurses would come down and they
12  would be escorted in by an officer and then they
13  would go -- depending which inmates had medications
14  we would go from door to door to door and they would
15  be given their medications through the cuff door.
16       Q.   Okay.  If an inmate was in A block,
17  would they have access to anyone other than a
18  correctional officer or a nurse?
19       A.   What do you mean access?
20       Q.   Was there any possibility for a person
21  who is either not a nurse or correctional officer to
22  come in contact with them?
23       A.   No.
24       Q.   Did the cells in A block have a toilet
25  with running water?