Frank D. Mylar (5116)
MYLAR LAW, P.C.
2494 Bengal Blvd.
Salt Lake City, Utah 84121
Phone: (801) 858-0700
Fax: (801) 858-0701
Mylar-Law@comcast.net

Attorney for Washington County Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| MARTIN CROWSON | APPENDIX OF EXHIBITS |
|---|---|
| Plaintiff, | |
| v. | Case No. 2:15-CV-880 |
| WASHINGTON COUNTY, et al., | |
| Defendants. | District Judge Robert J. Shelby |

| Number | Document Description | Source of Document |
|---|---|---|
| Exhibit 1 | Deposition of Martin Crowson | Deposition Testimony |
| Exhibit 2 | Excerpts from the Deposition of Brett Lyman | Deposition Testimony |
| Exhibit 3 | Jail Logs | Washington County Records |
| | Declaration of Ryan Borrowman | |
| | Declaration of Michael Johnson | |
| Exhibit 4 | Inmate Martin Crowson Medical Records FILED UNDER SEAL (attached to Declaration of Michael Johnson) | Washington County Records |
| | Declaration of Cory Pulsipher | |

2

Case 2:15-cv-00880-TC   Document 83-1   Filed 11/02/18   Page 2 of 2