```
02/03/16                    Washington County Jail                        4280
12:04                            Jail Log:                       Page:    1

  Event Number    693377                              Keep Separate    Closed
     Name ID      402015

   Last  CROWSON                         First  MARTIN           Mid  RICHA
   Addr? 65 N 3700 W                           Phone  (435)229-9909
   City  Hurricane       ST  UT  Zip  84737    DOB        '77    SSN
   Alias For

   Time/Date of Event   10:24:46 10/11/13     Treatment Date
        Type of event   GRH  GRIEVANCE RECEIVED: HOUSING
             Quantity    0.00
              Officer   Cheesman, Cortn
       Booking Number    130307
          Description
Inmate Crowson is turning in a grievance because he feel like he is being
targeted by Deputy Lyman. Grievance was turned in and a copy was turned into
Inmate Crowson.


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =
```

WASHINGTON-CROWSON 0518

```
02/03/16                      Washington County Jail                        4280
12:04                              Jail Log:                         Page:     1

  Event Number    724291                              Keep Separate   Closed
     Name ID      402015

   Last   CROWSON                           First  MARTIN         Mid  RICHA
   Addr?  65 N 3700 W                              Phone  (435)229-9909
   City   Hurricane        ST  UT  Zip  84737  DOB        '77  SSN
   Alias For

   Time/Date of Event   20:47:00 11/11/13      Treatment Date
       Type of event    GRH   GRIEVANCE RECEIVED: HOUSING
            Quantity    0.00
             Officer    Cheek, Jeffrey
      Booking Number
         Description
I collected a grievance from Inmate Martin Crowson #402015. The original was
placed in the new grievance box and a copy was given to the inmate.


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =
```

WASHINGTON-CROWSON 0519

```
02/03/16                     Washington County Jail                           4280
12:04                             Jail Log:                          Page:       1

  Event Number    732074                              Keep Separate    Closed
       Name ID    402015

    Last  CROWSON                         First  MARTIN         Mid  RICHA
    Addr? 65 N 3700 W                            Phone  (435)229-9909
    City  Hurricane      ST  UT  Zip 84737  DOB          '77  SSN
    Alias For

  Time/Date of Event  03:12:28 11/20/13      Treatment Date
       Type of event  GRS   GRIEVANCE RECEIVED: STAFFABUSE
            Quantity      0.00
             Officer  McMurphy, Rober
      Booking Number     130307
         Description
Inmate Crowson submitted a grievance concerning staff abuse. The grievance was
copied and the copy was given to the inmate. The original was submitted.


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =
```

WASHINGTON-CROWSON 0520