Frank D. Mylar (5116)
MYLAR LAW, P.C.
2494 East Bengal Blvd.
Salt Lake City, Utah 84121
Phone: (801) 858-0700
office@mylarlaw.com

Attorney for Defendants Washington County, Cory Pulsipher, and Michael Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MARTIN CROWSON,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON COUNTY et al.,<br><br>Defendants. | **NOTICE OF INTERLOCUTORY APPEAL**<br><br>Case No. 2:15-cv-00880-TC<br><br>District Judge Tena Campbell |

Defendants, MICHAEL JOHNSON, WASHINGTON COUNTY and SHERIFF CORY PULSIPHER in his official capacity, through their attorney, Frank D. Mylar, pursuant to the Federal Rules of Civil Procedure and the Federal Rules of Appellate Procedure hereby appeal the memorandum decision and order denying in part Defendants' Motion for Summary Judgment entered in this matter on July 19, 2019. (Doc. No. 93).

This appeal is as to Washington County, Sheriff Cory Pulsipher in his official capacity, and Michael Johnson in his personal capacity. The Defendant who was dismissed as a result of the summary judgment decision is not appealing the order.

This appeal is based primarily upon the doctrine of qualified immunity and claims against Washington County that are inextricably intertwined.

This appeal is to the United States Court of Appeals for the Tenth Circuit.

Dated this 16th day of August, 2019.

/s/ *Frank D. Mylar*

Frank D. Mylar
Attorney for Defendants Washington
County, Sheriff Cory Pulsipher in his
official capacity, and Michael Johnson