SHAWN McGARRY (5217)
GARY T. WIGHT (10994)
KIPP AND CHRISTIAN, P.C.
10 Exchange Place, 4th Floor
Salt Lake City, Utah   84111
Telephone: (801) 521-3773
smcgarry@kippandchristian.com
gwight@kippandchristian.com

*Attorneys for Defendant Judd LaRowe, M.D.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MARTIN CROWSON,<br><br>          Plaintiff,<br><br>v.<br><br>WASHINGTON COUNTY; WASHINGTON PURGATORY CORRECTIONAL FACILITY; WASHINGTON COUNTY SHERIFF'S DEPARTMENT; SHERIF CORY C. PULSIPHER; JUDD LAROWE; MICHAEL JOHNSON; BRET LYMAN; RYAN BORROWMAN; J. WORLTON; and JOHN DOES 1-4 in their individual and official capacities,<br><br>          Defendants. | **NOTICE OF APPEAL**<br><br>Civil No. 2:15-cv-880-RJS<br><br>Judge Tena Campbell |

Defendant Judd LaRowe, M.D. (hereinafter "Dr. LaRowe"), by and through counsel, pursuant to the Federal Rules of Civil Procedure and the Federal Rules of Appellate Procedure, hereby appeals the memorandum decision and order denying in part Defendants' Motion for Summary Judgement entered in this matter on July 19, 2019. (Doc. No. 93).

This appeal is based primarily upon the doctrine of qualified immunity.

This appeal is to the United States Court of Appeals for the Tenth Circuit.

Dr. LaRowe joins Defendants Michael Johnson, Washington County and Sheriff Cory Pulsipher's Appeal (Doc. No. 94) pursuant to Rule 3 of the Federal Rules of Appellate Procedure.

**DATED** this 19th day of August, 2019.

                                                KIPP AND CHRISTIAN, P.C.

                                                */s/ Gary T. Wight*
                                                SHAWN McGARRY
                                                GARY T. WIGHT
                                                *Attorneys for Defendant Judd LaRowe, M.D.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of August, 2019, I caused a true and correct copy of the foregoing **NOTICE OF APPEAL** was E-filed though the United States District Court for Utah ECF and served upon following:

Ryan J. Schriever
The Schriever Law Firm
PO Box 701
Springville, Utah 84663
*Attorney for Plaintiff*

Frank D. Mylar
MYLAR LAW, P.C.
2494 Bengal Blvd.  Salt Lake City, Utah 84121
*Attorney for Defendants Washington County, Sheriff Cory C. Pulsipher, Bret Lyman, Ryan Borrowman, Michael Johnson and Ryan Borrowman*

             KIPP & CHRISTIAN, P.C.

             */s/ Lisa Carroll*
             *Legal Assistant to Gary T. Wight*