Ryan J. Schriever (Bar No. 10816)
SCHRIEVER LAW FIRM
174 South Main Street
Spanish Fork, UT 84660
Telephone: (801) 574-0883
Fax: (435) 294-3730
ryan@schrieverlaw.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| **MARTIN CROWSON**, <br><br> Plaintiff, <br><br> vs. <br><br> **WASHINGTON COUNTY**, *et al.* <br><br> Defendants. | **CERTIFICATE OF SERVICE OF PLAINTIFF'S EXPERT WITNESS DISCLOSURE** <br><br> Case No. 2:15-cv-880 <br><br> Judge David Barlow |

Plaintiff, by and through counsel, certifies that he served the expert report of Robert D. Jones, M.D. and a copy of this Certificate of Service by filing it using the Court's cm/ecf filing system which automatically generated notice to the following:

>Kipp & Christian
>Gary Wight
>10 Exchange Place, 4th Floor
>Salt Lake City, UT 84111
>gwight@kippandchristian.com
>
>Frank D. Mylar
>2494 Bengal Boulevard
>Salt Lake City, UT 84121
>office@mylarlaw.com

1

Dated this 31st day of October, 2021.

                          Schriever Law Firm

                          /s/ Ryan J. Schriever
                          _____
                          Ryan J. Schriever
                          *Attorneys for Plaintiff*